360 A.2d 635

COMMONWEALTH

v.

WILCOX, Appellant.

Submitted December 16, 1975.
Norris E. Gelman, for appellant; Francis C. Barbieri, Jr.,
Assistant District Attorney, and F. Emmett Fitzpatrick,
District Attorney, for Commonwealth, appellee.

Order affirmed.

359 A.2d 925

COMMONWEALTH

v.

WILKIE, Appellant.

Submitted April 12,
1976. John H. Corbett, Jr., Trial Defender, and Ralph
J. Cappy, Public Defender, for appellant; Robert L. Eber-
hardt, Assistant District Attorney, and Robert E. Colville,
District Attorney, for Commonwealth, appellee.

Order affirmed.